UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHAWANO GUN & LOAN, LLC
d/b/a SHAWANO GUN & LOAN,

        Petitioner,

        v.        Case No. 09-C-150

MARY JO HUGHES, Director of Industry
Operations, Bureau of Alcohol, Tobacco,
Firearms and Explosives,

        Respondent.

## RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

The respondent, Mary Jo Hughes, Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, by her attorneys, James L. Santelle, United States Attorney for the Eastern District of Wisconsin, and Lisa T. Warwick, Assistant United States Attorney for said district, hereby moves for summary judgment in her favor pursuant to Rule 56 of the Federal Rules of Civil Procedure.

The respondent submits a Brief in Support of Motion for Summary Judgment and the previously submitted certified administrative record (Docket #16) in support of this Motion for Summary Judgment.

WHEREFORE, the respondent respectfully requests that the Court grant her Motion for Summary Judgment and enter judgment in favor of the respondent.

Dated at Milwaukee, Wisconsin, this 21st day of January, 2010.

                JAMES L. SANTELLE
                United States Attorney

By:   /s Lisa T. Warwick

       LISA T. WARWICK
       Assistant United States Attorney
       State Bar # 1017754
       Attorney for Respondent
       530 Federal Courthouse
       517 E. Wisconsin Avenue
       Milwaukee, WI 53202
       Telephone: (414) 297-1700
       Fax: (414) 297- 4394
       E-mail: lisa.warwick@usdoj.gov

Agency Counsel:
Patricia R. Cangemi
Division Counsel, St. Paul Field Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
St. Paul, MN 55101